UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMIE RICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:11CV1702 HEA |
| | ) |
| UNITRIN DATA SYSTEM, | ) |
| | ) |
| Defendant. | ) |

# **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Dismiss, [Doc. No. 57]. Plaintiff has not responded to the motion. For the reasons set forth in the motion and below, the Motion is granted.

On March 9, 2012, the Court granted Defendant's Motion to Stay Action and Compel Arbitration. On October 16, 2012, Plaintiff filed an Amended Demand for Arbitration which specifically incorporated the Complaint filed in this action into AAA Arbitration Case No. 58 160 00204 12, which had been previously initiated by Defendant.

Defendant advises the Court that the parties engaged in final, binding arbitration on March 3-5, 2014. On May 16, 2014, the Arbitrator in this matter issued an Opinion and Award. Defendant further advises the Court that the Opinion and Award resolves all matters raised by Plaintiff in her Complaint and

Amended Demand for Arbitration. Plaintiff has filed nothing to controvert Defendant's representations.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, [Doc. No. 57] is granted.

**IT IS FURTHER ORDERED** that this matter is dismissed.

Dated this 22nd day of July, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE